BRADLEY/GROMBACHER, LLP
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
2815 Townsgate Road, Suite 130
Westlake Village, California 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
mbradley@bradleygrombacher.com
kgrombacher@bradleygrombacher.com
Attorneys for Plaintiffs

DOUGLAS J. FARMER, CA Bar No. 139646
douglas.farmer@ogletree.com
**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415-442-4810
Facsimile: 415-442-4870
Attorneys for Defendant, SF MARKETS, LLC

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY SMOCK and RAFAEL ANTONIO RODRIGUEZ, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SF MARKET LLC, a Delaware corporation; and DOES 1 through 100, inclusive,<br>Defendants. | **CASE NO. 2:19-cv-05607-AB-PLA**<br>[Assigned to Hon. Andre Birotte Jr.]<br><br>**ORDER TO DISMISS CLASS ACTION COMPLAINT WITHOUT PREJUDICE** |

-1-
[PROPOSED] TO DISMISS WITHOUT PREJUDICE
[XXXXXXX]

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

WHEREAS the Parties have stipulated to dismiss this case in its entirety without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

THERFORE the Court finds that said request to dismiss the entire action, without prejudice is GRANTED, and orders the Clerk of the Court to close this file.

**IT IS SO ORDERED.**

DATED: October 30, 2019

_____
U.S. DISTRICT COURT JUDGE